UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT M. ARNOLD MICKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:20-CV-00954-HEA |
| | ) |
| MISSOURI STATE HIGHWAY PATROL, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

Upon review of the record, the Court notes that the file contains no proof of service upon nor entry of appearance on behalf of defendant UNKNOWN DETECTIVE because it does not appear that service of the complaint has been timely made within 90 days after the filing of the complaint on July 24, 2020.

**IT IS HEREBY ORDERED**, pursuant to Fed.R.Civ.P. 4(m), that plaintiff shall show cause in writing, within fourteen (14) days of the date of this order, why this action should not be dismissed without prejudice as to defendant UNKNOWN DETECTIVE for lack of timely service.

Dated this 4th day of November, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE