UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT M. ARNOLD MICKE, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Case No. 4:20-cv-00954-HEA |
| vs. | ) |
| | ) |
| MISSOURI STATE HIGHWAY PATROL, et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE PURSUANT TO FED.R.CIV.P. 4(m)**

COMES NOW Plaintiff, Scott M. Arnold Micke, by and through counsel, and for his Response Pursuant to Fed.R.Civ.P. 4(m), states to the court as follows:

1. That Defendant Unknown Detective has not been served because the specific identification of that Defendant is not yet known.

2. Plaintiff believes that the discovery of the identity of Defendant Unknown Detective will be disclosed pursuant to Rule 26 disclosure.

3. If, in fact, the identity of Defendant Unknown Detective is not disclosed, then Plaintiff will seek limited discovery for that express purpose.

4. Plaintiff believes that he should receive an extension of time to accomplish service pursuant to Fed.R.Civ.P. 4(m) and be granted said time thirty days from the date of Defendants' initial disclosure pursuant to Rule 26.

WHEREFORE, Plaintiff prays for an order of this court granting an extension of time as set forth herein, and for such other and further order the court deems just and proper in the premises.

Respectfully submitted,

LAW OFFICE OF NATHAN S. COHEN

By:   /s/ Nathan S. Cohen
Nathan S. Cohen, #36072
Attorney for Plaintiff
210 South Bemiston Avenue
St. Louis, MO 63105
(314) 727-6088 - Telephone
(314) 727-6081 - Facsimile
nathan@nathanscohen.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing was electronically filed on November 11, 2020 with the Clerk of the United States District Court, Eastern District of Missouri, by using the CM/ECF filing system, and that participants in the case who are registered users will be served by the system.

/s/ Nathan S. Cohen