UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT M. ARNOLD MICKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 4:20CV954HEA |
| ) | |
| MISSOURI STATE HIGHWAY ) | |
| PATROL, et al., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Assistant Attorney General KatieLee Kuldell, hereby enters her appearance as counsel on behalf of Defendant Missouri State Highway Patrol.

The undersigned requests that the Court and all counsel direct pleadings and other matters pertaining to this case to the address below.

Respectfully Submitted,

**ERIC S. SCHMITT**
Attorney General

*/s/ KatieLee Kuldell*
KatieLee Kuldell, # 70169
Assistant Attorney General
P.O. Box 861
St. Louis, MO  63188
(314) 340-7861 (Telephone)
KatieLee.Kuldell@ago.mo.gov
*Attorney for Defendant Missouri State Highway Patrol*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2020, the foregoing was filed electronically with the Court to be served upon all counsel of record by operation of the Court's electronic filing system.

*/s/ KatieLee Kuldell*
Assistant Attorney General